# KT RECOVERY AND STORAGE, LLC

*Sequestered Property Information*

|  |  |
|---|---|
| Date: | 6/24/2011 |
| Docket Number: | **2010-11659** |
| Location P/U | 3308 ELLA STE A |
| Deputy/Badge #: | MARCKS |

*Property Information*

| | | |
|---|---|---|
| **Pick up Fee:** | $595.00 | |
| **Administration Fee:** | $89.17 | |
| **Towing @ $300/ea** | $600.00 | 2 forklifts |
| **Towing @ $250** | $250.00 | 1 Cargo Van |
| **Pallets @ $75 ea:** | $525.00 | |
| **Vehicle Storage @ $35/day** | $3,080.00 | |
| **Inside Storage @ $35/day:** | $3,080.00 | |
| **Hourly @ $150:** | $225.00 | |
| **Box fee @$30/ea:** | $360.00 | |

**Plaintiff:**

**Charges:** $8,804.17

**TTL** $8,804.17          **as of 9/20/2011**

## RECEIPT OF ALL PROPERTY AND RELEASE OF ALL CLAIMS

The undersigned, on this date hereby acknowledge and state that I/we am/are the lawful owner(s) entitled to the receipt of all items, property and/or physical objects listed or identified herein. I/We hereby acknowledge the receipt of all property that I/we am/are entitled to receive from KT Recovery & Storage, LLC, including, but not limited to, all items, property and/or physical objects listed or identified herein or in possession of KT Recovery & Storage, LLC. I/We further acknowledge and agree that KT Recovery & Storage, LLC, and all its agents, representatives, servants, employees and/or owners shall not be liable or responsible for any loss, destruction, deterioration, or damage whatsoever to any of the items received. All such loss, destruction, deterioration, or damage shall be borne solely by the undersigned. **I/WE HEREBY FULLY, FINALLY AND RELEASE, ACQUIT AND FOREVER DISCHARGE KT Recovery & Storage, LLC.
AND ALL ITS AGENTS, REPRESENTATIVES, SERVANTS, EMPLOYEES AND/OR OWNERS FROM ANY AND ALL LIABILITY OR RESPONSIBILITY WHATSOEVER FOR ANY AND ALL LOSSES OR DAMAGES HOWEVER CAUSED, INCLUDING BUT NOT LIMITED TO THE NEGLIGENCE OF THE RELEASED PARTIES, AND FROM ANY AND ALL ACTUAL OR POTENTIAL CLAIMS HELD BY ME/US AGAINST THEM AND/OR ANY SUITS, DEMANDS, CAUSES OF ACTION, CHARGES OR GRIEVANCES OF ANY KIND OR CHARACTER WHATSOEVER, HERETOFOR OR HEREAFTER ACCRUING FOR OR BECAUSE OF ANY MATTER DONE, OMITTED OR SUFFERED TO BE DONE BY ANY OF THE RELEASED PARTIES PRIOR TO AND INCLUDING THE DATE HEREOF, AND IN ANY MANNER (WHETHER DIRECTLY OR INDIRECTLY) ARISING FROM OR RELATED TO THE COLLECTION, STORAGE AND TRANSFER OF THE ITEMS, PROPERTY AND/OR PHYSICAL OBJECTS LISTED HEREIN.**

By: _____    Date: _____
By: _____    Date: _____
By: _____    Date: _____